JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNST & HAAS MANAGEMENT COMPANY, INC., | Case No. 2:20-cv-04062-AB-PVC |
| Plaintiffs, | **JUDGMENT** |
| v. | Hon. André Birotte Jr. |
| HISCOX, INC.; and DOES 1 through 10, | |
| Defendants. | |

On May 1, 2020, Plaintiff Ernest & Haas Management Company, Inc. ("E&H" or "Plaintiff") filed its Complaint (Dkt. No. 1) for: (1) breach of contract; (2) breach of the implied covenant of good faith and fair dealing; (3) tortious breach of the implied covenant of good faith and fair dealing; (4) bad faith; and, (5) unfair trade practices.

On June 30, 2020, Defendant Hiscox Insurance Company, Inc. i/s/h/a HISCOX, INC. ("Hiscox") filed a Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion," Dkt. No. 11)

On, August 21, 2020, the Motion came on regularly for consideration before the Court and was taken under submission with no appearance or oral argument.

On November 5, 2020, the Court issued an Order Granting Hiscox's Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 26) and dismissed Plaintiff's five causes of action with leave to amend in conformance with the Order no later than twenty-one (21) days from the date of the Order. The Order stated that if no amended complaint was filed by the deadline, the action shall be deemed dismissed with prejudice and Hiscox should file a Proposed Judgment within five (5) days thereafter.

Plaintiff failed to file an amended complaint in conformance with the Order by the deadline, and has instead filed a Notice of Appeal to the Ninth Circuit Court of Appeals (Dkt. No. 27).

The Court NOW ENTERS JUDGMENT AS FOLLOWS:

1. Hiscox's Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED.** Plaintiff's Complaint, for breach of contract, breach of the implied covenant of good faith and fair dealing, tortious breach of the implied covenant of good faith and fair dealing, bad faith and, unfair trade practices, is **DISMISSED** with prejudice.

DATED: December 03, 2020

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE