|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | MAR 7 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ERNST AND HAAS MANAGEMENT COMPANY, INC.,

          Plaintiff-Appellant,

 v.

HISCOX, INC., Erroneously Sued As Hiscox Insurance Company Inc.,

          Defendant-Appellee,

 and

DOES, 1 through 10,

          Defendant.

No.   20-56212

D.C. No.
2:20-cv-04062-AB-PVC
Central District of California,
Los Angeles

ORDER

Before:  R. NELSON and VANDYKE, Circuit Judges, and SCHREIER,* District Judge.

     The full court has been advised of Defendant-Appellee's petition for panel rehearing and rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The panel judges have voted to deny the petition for panel rehearing. Judge Schreier recommended denying the petition

---

     *     The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota, sitting by designation.

for rehearing en banc.  Judges Nelson and VanDyke voted to deny the petition for rehearing en banc.

Accordingly, Defendant-Appellee's petition for panel rehearing and rehearing en banc, filed February 9, 2022 (ECF No. 36) is hereby DENIED and Plaintiff-Appellant's motion for reconsideration of non-dispositive clerk order, filed March 1, 2022 (ECF No. 43) is hereby DENIED as moot.