UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAR 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERNST AND HAAS MANAGEMENT COMPANY, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> HISCOX, INC., Erroneously Sued As Hiscox Insurance Company Inc., <br><br> Defendant - Appellee, <br><br> and <br><br> DOES, 1 through 10, <br><br> Defendant. | No. 20-56212 <br><br> D.C. No. 2:20-cv-04062-AB-PVC <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered January 26, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $77.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7