1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

LAW OFFICES OF BASTIAN & DINI
ROBERT L. BASTIAN, JR. [SBN 170121]
MARINA R. DINI [SBN 169176]
9025 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90211
Telephone: (310) 789.1955
Facsimile:   (310) 822.1989
email: robbastian@aol.com;
          miadini@aol.com

Attorneys for Plaintiff
ERNST & HAAS MANAGEMENT
COMPANY INC.,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNST & HAAS MANAGEMENT COMPANY INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>HISCOX, INC.,<br><br>                    Defendant. | Case No. 2:20-cv-04062-AB-PVC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)**<br><br>[Proposed Order lodged herewith]<br><br>*Before The Honorable*<br>*André Birotte Jr.* |

        WHEREAS this case settled on April 15, 2022; and all of the terms of the settlement agreement have been fulfilled as of May 3, 2022, all of the parties hereto, by and through their respective counsels of record, hereby agree to dismiss this action in its entirety *with prejudice* pursuant to Federal Rules of Civil Procedure 41(a)(2).

                *«signature blocks on next page»*

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

1
2   DATED: May 25, 2022                          LAW OFFICES OF
                                                 BASTIAN & DINI
3
                                                 *Robert L. Bastian, Jr.,*
4                                                ROBERT L. BASTIAN, JR.
                                                 Attorneys for Plaintiff
5                                                ERNST & HAAS
                                                 MANAGEMENT COMPANY
6                                                INC.;
7
8   DATED: May 25, 2022                          GOLDBERG SEGALLA LLP
9
10                                               *Joseph A Oliva*
                                                 JOSEPH A. OLIVA
11                                               Attorneys for Defendant
                                                 HISCOX, INC.,
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
-2-