JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNST & HAAS MANAGEMENT COMPANY INC., <br><br> Plaintiff, <br><br> vs. <br><br> HISCOX, INC., <br><br> Defendant. | Case No. 2:20-cv-04062-AB (PVCx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court has considered the parties' Stipulation for Dismissal with Prejudice. (Dkt. No. 36). Good cause appearing, it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is **DISMISSED** in its entirety **WITH PREJUDICE**.

DATED:   May 27, 2022        _____

Hon. André Birotte Jr.
United States District Judge